UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LORENZO DONDRELL BUTLER, JR.,<br><br>Defendant. | Case No. 3:22-cr-00132<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The United States' motion to file a document under seal (Doc. No. 34) is GRANTED. The motion made in the sealed document (Doc. No. 35) is DENIED AS MOOT.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge